



## MEMORANDUM OPINION

No. 04-10-00783-CV

**PHARIA, L.L.C.,**
Appellant

v.

Doris J. **HOPPES,**
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 354138
Honorable H. Paul Canales, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  February 23, 2011

DISMISSED

The parties have filed a joint motion to dismiss this appeal due to settlement.  We grant

the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a).  Costs of appeal are taxed against the

parties who have incurred them.

PER CURIAM